**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**JOHNNY CRUMP**                                                                  **PETITIONER**

**versus**                                        **CIVIL ACTION NO. 3:09-cv-514-DPJ-JCS**

**MICHELLE TAYLOR, et al.**                                       **RESPONDENTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the Orders of this Court.

**SO ORDERED AND ADJUDGED** this the 9th day of December, 2009.

                                                      s/ *Daniel P. Jordan III*
                                                      UNITED STATES DISTRICT JUDGE